UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KATE W. PACE                                                           PLAINTIFF

v.                                              CIVIL ACTION NO. 3:24-CV-468-DPJ-ASH

THOMAS B. PACE                                       DEFENDANT

ORDER

On October 20, 2025, Defendant Thomas B. Pace filed a motion to dismiss or for judgment on the pleadings [33] that raises jurisdictional issues. He also moved "to stay discovery, including initial disclosures, pending a ruling on" the motion to dismiss. Mot. [35] ¶ 4. As explained below, his motion to stay is granted.

Local Rule 16(b)(3)(B) provides that "[f]iling . . . a motion asserting a[] . . . jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." By operation of this rule, all discovery in this matter should be stayed until the Court resolves Defendant's motion to dismiss. The stay covers all discovery, including disclosure requirements and the case management conference, which is cancelled.

IT IS, THEREFORE, ORDERED, that Defendant's motion to stay discovery [35] is granted. All discovery, including disclosure requirements, is stayed pending a ruling on the motion to dismiss. Additionally, no party shall issue or serve any subpoenas during the pendency of the stay. The telephonic case management conference scheduled for October 21, 2025, at 2:00 p.m. is hereby cancelled.

**SO ORDERED AND ADJUDGED** this the 21st day of October, 2025.

                                                                  s/ *Andrew S. Harris*
                                                                  UNITED STATES MAGISTRATE JUDGE